

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-25-00021-CV
_____

BAD REAL ESTATE HOLDINGS, INC., APPELLANT

V.

HEARING TECHNOLOGIES, INC., APPELLEE

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. DC-2024-CV-0886, Honorable Les Hatch, Presiding

March 3, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Bad Real Estate Holdings, Inc., appeals from the trial court's *Order Granting Defendant's Motion Summary Judgment on Bill of Review*. Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion

does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam